AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Timothy Moss, | ) |
|---|---|
| *Plaintiff,* | ) |
| v. | ) Civil Action No. 1:24-cv-00959-JDA |
| Commissioner of Social Security Administration, | ) |
| *Defendant.* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other:  the decision of the Commissioner is reversed pursuant to sentence four of 42 U.S.C. § 405(g) and the action is remanded for further administrative proceedings.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Jacquelyn D. Austin, United States District Judge, presiding, who adopted Magistrate Judge Shiva V. Hodges' Report and Recommendation which reversed the decision of the Commissioner and remanded the action for further administrative proceedings.

Date:  August 13, 2024

*CLERK OF COURT*

s/A. Snipes

*Signature of Clerk or Deputy Clerk*